**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JIMMIE RANDOLPH,

        Petitioner,

v.                                                                      Case No. 06-CV-11201

KENNETH ROMANOWSKI,

        Respondent.
        _____/

**ORDER DENYING PETITIONER'S MOTION FOR ORAL ARGUMENT**

This matter is before the court on Petitioner Jimmie Randolph's motion for oral argument. Petitioner has submitted his habeas petition and Respondent Kenneth Romanowski has filed an answer to the petition. The court has discretion to conduct an evidentiary hearing after the filing of the answer and Rule 5 materials. *See* 28 U.S.C. foll. § 2254, Rule 8. Upon initial review of those materials, the court concludes that oral argument is unwarranted. Accordingly,

IT IS ORDERED that "Petitioner's Motion for Oral Argument" [Dkt. # 29] is DENIED. The court will bear in mind Petitioner's request if, upon further review of the pleadings, the court determines that oral argument is necessary. Petitioner need not file an additional motion concerning this issue.

                                                        s/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated: September 5, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 5, 2007, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522